

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

December 3, 2013

Margaret Carter, Esq.
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

Re:   *United States v. Jose L. Baez,* Appeal No. 13-1025

Dear Ms. Carter:

This appeal was argued on this date before a panel of Chief Judge Lynch and Judges Stahl and Lipez.  I write pursuant to FRAP 28(j) to provide the citation to a case discussed at oral argument.

The case is *United States v. Jesus-Nunez*, 2010 WL 2991229 (M.D. Pa. July 27, 2010). There, the district court denied a motion to suppress that challenged GPS surveillance that lasted for eleven-plus months, concluding that under *United States v. Knotts*, 460 U.S. 276 (1983), the government did not violate the Fourth Amendment by using a GPS device to track the movements of the defendant's vehicles without first obtaining a warrant.  *Id.* at **2-5; *see also United States v. Katzin*, 732 F.3d 187, 229 (3d Cir. 2013) (Van Antwerpen, J., dissenting) (citing *Jesus-Nunez* as one of the cases reflecting the pre-*Jones* consensus amongst the courts of appeals and district courts to have addressed the issue that, after *Knotts* and *United States v. Karo*, 468 U.S. 705 (1984), the installation and subsequent use of a GPS device did not violate the Fourth Amendment).

- 2 -

                                                        Respectfully submitted,

                                                        CARMEN M. ORTIZ
                                                        United States Attorney

                                     By   /s/ *Mark T. Quinlivan*
                                                        MARK T. QUINLIVAN
                                                        Assistant U.S. Attorney

cc:     Gordon W. Spencer
           Attorney at Law
           945 Concord Street
           Framingham, MA 01721